UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO ABOY,<br><br>Plaintiff<br><br>v.<br><br>SHAUN DONOVAN,<br>Secretary, U.S.<br>Department of Housing<br>and Urban Development,<br><br>Defendant. | Case No. 13-0490-CBM-(SHx)<br><br>**JUDGMENT** |

Consistent with the Court's order issued on August 18, 2014 (Docket No. 39), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant Shaun Donovan, against Plaintiff Marcelino Aboy as to all of Plaintiff's causes of action.

DATED: Aug. 19, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

1